IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JON ANTHONY HILL, #193632 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:05-CV-00246-T |
| ) | WO |
| JEFF FULLER, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On July 21, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of the plaintiff to properly prosecute this action, plaintiff's abandonment of his claims, and his failure to comply with the orders of this court.

DONE, this the 24th day of August, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE