IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JON ANTHONY HILL, #193632 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:05-CV-00246-T |
| | )   WO |
| JEFF FULLER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed without prejudice.

DONE, this the 24th day of August, 2005.

                                                           /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE